# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ASHFORD et al., | CASE NO.   1:12-cv-00628-AWI-MJS |
| Plaintiff, | **SCHEDULING CONFERENCE ORDER** |
| v. | |
| TIMOTHY K. ATMAJIAN, M.D., | |
| Defendant. | |
| _____/ | |

A properly noticed Scheduling Conference was convened in this case on July 19, 2012.  Attorney Thorton Davidson appeared on behalf of Plaintiffs.  No appearance was made by or on behalf of any Defendant, service not yet having been accomplished on any Defendant.

Plaintiff's counsel advised that he had obtained confirmation Defendant Atmajian was a member of the armed forces and had identified Defendant's commanding officer at the Naval Air Station in Lemoore, California.  However, his further inquiry not having been responded to, counsel had no information about Defendant Atmajian's status, ability to participate in this action or possible entitlement to protection under the Soldiers' and Sailors' Civil Relief Act (SSCRA) (50 U.S.C. App. Section 501 *et seq*).

The Court can neither proceed in this action nor stay it without accurate and reliable information as to Defendant Atmajian's military status, duties and ability to participate in the case. Accordingly, Plaintiff is ORDERED to make further inquiry, on behalf of the Court, of Defendant's commanding officer regarding Defendant's military status and duties and obtain answers to each of the Court's following questions:

1. Is Defendant on active military duty at the present time? If so,

    A. When did his tour of active duty begin and when will it end?

    B. Where is he stationed?

    C. How long will he be stationed at the location indicated in response to the above question?

    D. Do his current military duties materially affect his ability to appear and participate in this action and, if so;

        i. How?

        ii. Does his commanding officer believe his current military service **prevents** his appearance in this action and, if so, how and why and for how long?

    E. Is Defendant authorized leave and, if so, how much leave has he accumulated?

2. If the Defendant is not currently on active military duty, briefly describe the nature and extent of his current military obligations if any.

A continued Scheduling Conference will be held on September 20, 2012 at 11:30 a.m. before Magistrate Judge Michael J. Seng. On or before September 10, 2012, Counsel for Plaintiff shall file a Scheduling Conference report including answers to the

foregoing questions or, if unable to secure such answers after reasonable good faith efforts to do so, providing sufficient information to enable the Court to Order Defendant and/or his Commanding Officer to appear before the undersigned and provide such information.

IT IS SO ORDERED.

Dated:  July 23, 2012         /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE