UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ASHFORD et al,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY K. ATMAJIAN,<br><br>　　　　　Defendant. | No. 1:12-CV-0628-AWI-MJS<br><br>**ORDER RE: DISPOSITIVE DOCUMENTS AFTER NOTICE OF SETTLEMENT**<br><br>**DISPOSITIVE DOCUMENTS SHALL BE FILED WITHIN 30 DAYS.**<br><br>**(ECF No. 23)** |

　　　On October 24, 2013, Plaintiff, Jennifer Ashford et al., notified the Court that the above captioned matter settled.  In accordance with the provisions of Local Rule 160 (Fed. R. Civ. P. 16), the Court now orders that all dispositive documents be submitted no later than 30 days.

　　　Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order.

1 | ALL COURT DATES HERETOFORE SET IN THIS MATTER ARE HEREBY
2 | VACATED.
3 |
4 |
5 | IT IS SO ORDERED.
6 | Dated: __October 28, 2013__         /s/ *Michael J. Seng*
7 |                                    UNITED STATES MAGISTRATE JUDGE