THORNTON DAVIDSON #166487
THE ERISA LAW GROUP
6485 N. Palm Ave., Ste. 105
Fresno, CA 93704
Telephone (559) 478-4119
Telefax (559) 478-5939

Attorney for Plaintiffs, JENNIFER ASHFORD,
PATRICIA BARBALA, M.D., CATHRYN FORONDA,
BILL PARENT, JULIE TALAVERA, ALICE TAPIA,
MARIA VILLALVAZO-RUELAS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ASHFORD, PATRICIA BARBALA, M.D., CATHRYN FORONDA, BILL PARENT, JULIE TALAVERA, ALICE TAPIA, MARIA VILLALVAZO-RUELAS<br><br>Plaintiffs,<br><br>v.<br><br>TIMOTHY K. ATMAJIAN, M.D., individually and in his official capacities as principal and Alter Ego for MADERA MEDICAL ASSOCIATES, INC., a suspended California Corporation,<br><br>Defendant. | Case No.: 1:12-cv-00628-AWI-MJS<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a) AND ORDER** |

TO THE HONORABLE MICHAEL J. SENG AND HIS COURT CLERK:

   Please take notice that Plaintiffs, JENNIFER ASHFORD, PATRICIA BARBALA, M.D., CATHRYN FORONDA, BILL PARENT, JULIE TALAVERA, ALICE TAPIA, and MARIA VILLALVAZO-RUELAS, hereby dismiss, with prejudice, their claim set forth against Defendant, TIMOTHY K. ATMAJIAN, M.D., individually and in his official capacities as principal and Alter Ego for MADERA MEDICAL ASSOCIATES, INC., a suspended California Corporation.  This dismissal is pursuant to Fed.R.Civ.P. 41(a).

1   Dated: November 26, 2013                                  Respectfully Submitted,

2                                                              */s/ Thornton Davidson*
                                                               THORNTON DAVIDSON,
3                                                              Attorney for Plaintiffs

4

5   IT IS SO ORDERED.

6   Dated:   November 26, 2013                      _____

7                                                          SENIOR  DISTRICT  JUDGE

---

NOTICE OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a) AND
[PROPOSED] ORDER